STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
v. STATE OF NEW JERSEY, DEPARTMENT OF THE
PUBLIC ADVOCATE.

NEW JERSEY DEPARTMENT OF THE PUBLIC ADVOCATE v.
NEW JERSEY MEDICAL MALPRACTICE
REINSURANCE ASSOCIATION.

INSURANCE SERVICES OFFICE, INC. v. NEW JERSEY DEPART-
MENT OF THE PUBLIC ADVOCATE.

January 10, 1989.

Petitions for certification granted.   (See 227 *N.J.Super.* 99)

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
v. STATE OF NEW JERSEY, DEPARTMENT OF THE
PUBLIC ADVOCATE.

NEW JERSEY DEPARTMENT OF THE PUBLIC ADVOCATE v.
NEW JERSEY MEDICAL MALPRACTICE
REINSURANCE ASSOCIATION.

INSURANCE SERVICES OFFICE, INC. v. NEW JERSEY DEPART-
MENT OF THE PUBLIC ADVOCATE.

January 10, 1989.

Cross-petition for certification granted.   (See 227 *N.J.Super.* 99)